E-FILED
Tuesday, 03 October, 2017  04:40:31 PM
Clerk, U.S. District Court, ILCD

FILED
OCT - 3 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 17-CR-20052 |
| SHAWNDALE COWELL, ) | Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii) |
| Defendant. ) | |

INDICTMENT

COUNT 1
(Possession of Methamphetamine With the Intent to Distribute)

THE GRAND JURY CHARGES:

On or about August 3, 2017, in Champaign County, in the Central District of Illinois,

SHAWNDALE COWELL,

defendant herein, knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A)(viii).

A TRUE BILL.
s/foreperson
FOREPERSON

s/John Childress

PATRICK D. HANSEN
Acting United States Attorney

BDF